IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-01681-CBS-PAC

CARL HERLEIN,

Plaintiff(s),

v.

UNITED STATES OF AMERICA,

Defendant(s).

MINUTE ORDER

    It is hereby ORDERED that the Stipulated Motion to Vacate Settlement Conference, filed with the Court on November 9, 2006, DN 29, is GRANTED. The Settlement Conference set on November 9, 2006, at 3:00 p.m., is VACATED. The settlement conference may be reset at a later date, upon motion to the court.

Date: November 9, 2006